# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHERELLE WOODS

VERSUS

TERREBONNE PARISH SHERIFF'S
OFFICE AND SHERIFF BLAISE
SMITH DEPUTY RALPH LIRETTE
JR., ATLANTIC SPECIALTY
INSURANCE COMPANY, AND
FINANCIAL INDEMNITY
INSURANCE COMPANY

NO.  2024 CA 1020

FEB 1 1 2025

---

In Re:   On motion of Cherelle Woods, for rehearing, 32nd
         Judicial District Court, Parish of Terrebonne, No.
         192,022.

---

**BEFORE:   PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**APPLICATION FOR REHEARING GRANTED; APPEAL REINSTATED.** We hereby reinstate the appeal. Appellant attached her appellant's brief to the instant application for rehearing, and we instruct this court's Clerk's Office to file the appellant's brief this date. We further instruct this court's Clerk's Office to issue an appellee briefing schedule. If applicable, appellant must file separate motions for reinstatement of the right to oral argument and the right to file a reply brief.

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT

---

[1] **Calloway, J.**, serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.